IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANIEL MACAUTHER WILSON,
#260779,                                              :

    Plaintiff,                                   :

vs.                                                   :     CIVIL ACTION 19-0956-KD-N

CLARK STANKOSKI, *et al.*,                            :

    Defendants.                                  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 19) is made, the Report and Recommendation (doc. 17) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the claim for release is dismissed with prejudice as frivolous, the damages claims against Defendant Stankoski are dismissed with prejudice as frivolous, and the claims against Defendants Perdue and Hudson are dismissed without prejudice for failure to state a claim upon which relief can be granted. It is further **ORDERED** that this action is dismissed in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii).

**DONE and ORDERED** this 17th day of February 2021.

s/Kristi K. DuBose
**CHIEF UNITED STATES DISTRICT JUDGE**