IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL MACAUTHER WILSON, #260779, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 19-0956-KD-N |
| CLARK STANKOSKI, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the claim for release is dismissed with prejudice as frivolous, the damages claims against Defendant Stankoski are dismissed with prejudice as frivolous, and the claims against Defendants Perdue and Hudson are dismissed without prejudice for failure to state a claim upon which relief can be granted.

It is further **ORDERED, ADJUDGED and DECREED** that this action is dismissed in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii).

**DONE and ORDERED** this 17th day of February 2021.

                                                    s/Kristi K. DuBose
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**